No. 10–7692. WAGGONER *v.* HERNANDEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7695. WILLIAMS *v.* JONES, SUPERINTENDENT, HYDE CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 10–7698. WROTTEN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 10–7708. ALCALA *v.* LOPEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7722. OSTERBACK *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 10–7731. TORRES *v.* DUVAL, ACTING COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION. C. A. 1st Cir. Certiorari denied.

No. 10–7743. SANDOVAL *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–7752. JORDAN *v.* GOBO, INC. C. A. 4th Cir. Certiorari denied.

No. 10–7773. MCKENZIE *v.* OREGON DEPARTMENT OF CORRECTIONS ET AL. Ct. App. Ore. Certiorari denied.

No. 10–7800. BARRETTO *v.* URIBE, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7827. BISHOP *v.* HOUSING AUTHORITY OF SOUTH BEND. Ct. App. Ind. Certiorari denied.

No. 10–7839. STOCK *v.* REDNOUR, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–7847. MCMILLEN *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. Sup. Ct. Mo. Certiorari denied.

No. 10–7853. PEREZ *v.* NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.